JS - 6

**SNYDER LAW, LLP**
**Ashley Ann Dorris (SB# 229361)**
**Gregory M. Smith (SB# 259971)**
Post Office Box 1236
Santa Barbara, California  93116
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801

Attorneys for Plaintiff SCHNEIDER NATIONAL CARRIERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTS RAPID TRUCKING, LLC, a California Limited Liability Company; MIRIAM HAYDEE COREAS, dba HAYDEE'S EXPRESS; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 10-3382 VBF (FFMx) <br><br> **Hon. Valerie Baker Fairbank, D.J.** <br> **Hon. Frederick F. Mumm, M.J.** <br><br> [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE |

WHEREAS, the parties through their respective counsel have stipulated as follows:

1. The parties have reached a settlement agreement whereby defendant ARTS RAPID TRUCKING, LLC, shall pay a specific sum to plaintiff SCHNEIDER NATIONAL CARRIERS, INC., in exchange for a Settlement Agreement and Release.

2. Plaintiff SCHNEIDER NATIONAL CARRIERS, INC. has agreed to dismiss its Complaint in its entirety, and defendant/third party plaintiff ARTS RAPID TRUCKING, LLC, has agreed to dismiss its Third Party Complaint in its entirety.

JS - 6

3. Defendant MIRIAM HAYDEE COREAS dba HAYDEE'S EXPRESS has neither been served nor appeared, and shall be dismissed.

4. Plaintiff has executed the Settlement Agreement and Release and defendant shall pay the monetary consideration to plaintiff.

5. Counsel agree to dismiss the action in its entirety, with prejudice.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT THE ACTION IS DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

Dated: 8-10-10

*Valerie Baker Fairbank*
Valerie Baker Fairbank, District Judge